Argued and submitted March 6, affirmed July 5, 2001

SUSAN PEDRO,
*Appellant,*

*v.*

Sonia HOYT,
Superintendent,
Oregon Women's Correctional Center,
*Respondent.*

99C-17403; A108954

27 P3d 169

Noel Grefenson argued the cause for appellant. With him on the brief was Storkel & Grefenson, P.C.

Denise Fjordbeck, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Haselton, Presiding Judge, and Deits, Chief Judge, and Wollheim, Judge.

PER CURIAM

Affirmed. *Hamel v. Johnson,* 173 Or App 448, 25 P3d 314 (2001).